IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROBERT ALLEN GLASGOW, JR.                                                    PLAINTIFF

v.                                    Civil No. 4:24-cv-04092-BAB

JAIL ADMINSITRATOR RAMI COX                                              DEFENDANTS

**ORDER**

Plaintiff originally filed his Complaint, *pro se*, on September 5, 2024 along with an application to proceed in forma pauperis ("IFP"). (ECF Nos. 1, 2). The Court granted Plaintiff's IFP Application on the same day. (ECF No. 3). Accordingly, the Court hereby directs the United States Marshal to serve Defendant Cox. Defendant should be served with the Complaint (ECF No. 1). Defendant may all be served at the Lafayette County Detention Center, 5 Courthouse Square, Lewisville, Arkansas 71854.

Defendant may be served by certified mail with a return receipt requested.

Defendant is to be served without prepayment of fees and costs or security therefor.

Defendant is ordered to answer within twenty-one (21) days from the date of service.

If a service recipient will not accept service for a named Defendant, the service recipient is **DIRECTED** to so advise the Court and provide the Court with the Defendant's last known address and phone number. This information may be filed with the Clerk of the Court in response to this Order and may be filed under seal.

The Clerk is directed to prepare and issue summons and a USM 285 for each Defendant being served.

IT IS SO ORDERED this 1st day of October 2024.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE